

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahmad Alkayali, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>V.<br><br>LexisNexis Risk Solutions Inc.<br><br>Defendant. | Civil Action No. 24-cv-1713-AGS-MMP<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court previously dismissed plaintiff's complaint with leave to amend. (See ECF 13.) Plaintiff's August 2025 amended-complaint deadline has long passed, and he has not filed one. This case is dismissed. The case is hereby closed.

Date:  12/4/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Fujita

M. Fujita, Deputy